# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RENALDO LAMONT JOHNSON, | ) | No. CV 12-2058-GAF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| BRUNO STOLC, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 21, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE